# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| BRUCE RHYNE AND JANICE RHYNE, H/W, | : | No. 116 EAL 2018 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES STEEL CORPORATION SUNOCO, INC. (R&M) F/K/A SUN COMPANY, INC. AND F/K/A SUN OIL COMPANY, INC. RADIATOR SPECIALTY COMPANY EXXONMOBIL CORPORATION CHEVRON USA, INC. AS SUCCESSOR IN INTEREST TO GULF OIL COMPANY SAFETY-KLEEN SYSTEMS, INC., CRC INDUSTRIES, INC. UNIVAR USA, INC. F/K/A CHEMCENTRAL CORP., AND VAN WATERS & RODGERS, INC. ASHLAND, INC. KANO LABORATORIES, INC. THE STECO CORPORATION ACUITY SPECIALTY PRODUCTS GROUP, INC. THE SAVOGRAN COMPANY TURTLE WAX, INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO MARVEL OIL COMPANY INC., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.